MICHAEL W. MALTER, #96533
DAVID B. RAO, #103147
Binder & Malter, LLP
2775 Park Avenue
Santa Clara, CA 95050
Telephone: (408)295-1700
Facsimile: (408) 295-1531
Email: Michael@bindermalter.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA, DIVISION 5

| | |
|---|---|
| In re<br><br>AARON STEVEN BELANSKY and<br>MARLENE PANGAN BELANSKY,<br><br>Debtors. | Case No. 09-58638-RLE<br><br>Chapter 13<br><br>NO HEARING UNLESS REQUESTED |

## NOTICE AND OPPORTUNITY FOR HEARING ON MOTION TO VALUE COLLATERAL AND AVOID LIEN; AND OF OPPORTUNITY TO OBJECT

TO GMAC MORTGAGE, LLC, and its Agent for Service of Process CORPORATION SERVICE COMPANY, MELODIE A. WHITSON, ESQ., its attorney of record, and GREENPOINT MORTGAGE FUNDING, INC., its predecessor in interest, and its Agent for Service of Process CORPORATION SERVICE COMPANY, aka CSC - LAWYERS INCORPORATING SERVICE and DEVIN DERHAM-BURK, Chapter 13 Trustee:

PLEASE TAKE NOTICE that Debtors Aaron Steven Belansky and Marlene Pangan Belansky will move the Court to value the collateral of GMAC Mortgage, LLC successor to Greenpoint Mortgage Funding, Inc., consisting of real property commonly known as 5453 Laura Drive, San Jose, California for the purpose of avoiding its lien on the basis that its lien is wholly unsecured.

PLEASE TAKE FURTHER NOTICE that if a creditor or other interested party

objects to the within relief, you must, pursuant to Local Bankruptcy Rule 9014(b)(2) of the United States Bankruptcy Court for the Northern District of California, do the following:

    (i) File a written objection to the requested relief, or a request for hearing on the matter, which must be served upon the requesting party within twenty (20) days of mailing of this notice. Objections for hearing must be served on the following parties:

Attorney for Debtor:    Michael W. Malter, Esq.
BINDER & MALTER, LLP
2775 Park Avenue
Santa Clara, CA 95050

    (ii) The request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

    PLEASE TAKE FURTHER NOTICE that if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an Order granting the relief by default.

Dated: November 10, 2009    BINDER & MALTER, LLP

    By: /s/ Michael W. Malter
    MICHAEL W. MALTER, Esq.
    Attorney for Debtors

NOTICE OF HEARING ON MOTION TO VALUE COLLATERAL AND AVOID LIEN -    PAGE 2
Case: 09-58638   Doc# 14   Filed: 11/10/09   Entered: 11/10/09 14:53:16   Page 2 of 2